**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Thomas McCall Jr., Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2010-173546

---

**ON WRIT OF CERTIORARI**

---

Appeal from Florence County
William H. Seals, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2013-MO-028
Submitted September 16, 2013 – Filed September 25, 2013

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine H. Hudgins, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Deputy Attorney General David A. Spencer, both of Columbia, for Respondent.

**PER CURIAM:**   We granted certiorari to review the circuit court's dismissal of Thomas McCall's application for post-conviction relief.   We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**